UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, ) ) ) Plaintiff, ) ) vs. ) ) ACKERMAN McQUEEN, INC., ) MERCURY GROUP, INC., and ) ANTHONY MAKRIS. ) ) Defendants. ) | CIVIL ACTION NO. 3:22-CV-1944-G **UNDER SEAL** |

## ORDER

The plaintiff's motion to amend caption "to reflect the name of the newly-added defendant, Anthony Makris" (docket entry 46) is **GRANTED**.

**SO ORDERED**.

March 23, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**