IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| vs. | ) ) | 3:22-CV-1944-G |
| ACKERMAN MCQUEEN, INC., ET AL., | ) ) | |
| Defendants. | ) | |

## ORDER

Before the court are defendant Anthony Makris' ("Makris") motions to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) (docket entry 43) and for summary judgment (docket entry 78). Also before the court are the plaintiff National Rifle Association's objections to and motions to strike Makris' evidence in support of his motion to dismiss (docket entry 48) and motion for summary judgment (docket entry 113). The motions are **DENIED**.

    **SO ORDERED**.

January 16, 2024.

                                                           _____
                                                           A. JOE FISH
                                                           **Senior United States District Judge**