IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| vs. | ) ) | 3:22-CV-1944-G |
| ACKERMAN MCQUEEN, INC., ET AL., | ) ) | |
| Defendants. | ) | |

### ORDER

Before the court is defendants Ackerman McQueen, Inc.'s ("AMc") and Mercury Group, Inc.'s ("MG") motion for summary judgment (docket entry 40). Also before the court is the plaintiff National Rifle Association of America's objections to, and motion to strike, AMc's and MG's summary judgment evidence (docket entry 54).  The motions are **DENIED**.

**SO ORDERED**.

February 16, 2024.

_____
A. JOE FISH
Senior United States District Judge