**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **NATIONAL RIFFLE ASSOCIATION OF AMERICA** § § § *Plaintiff*, § § **Civil Action No. 3:22-CV-1944-K-BT** v. § § **The Honorable Ed Kinkeade, presiding** **ACKERMAN McQUEEN, INC.,** § **MERCURY GROUP, INC., and ANTHONY** § **MAKRIS,** § § *Defendants*. | |

**NATIONAL RIFLE ASSOCIATION OF AMERICA**

    *Plaintiff*,

v.

**ACKERMAN McQUEEN, INC., MERCURY GROUP, INC., and ANTHONY MAKRIS,**

    *Defendants*.

**Civil Action No. 3:22-CV-1944-K-BT**

**The Honorable Ed Kinkeade, presiding**

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Beau A. Gould of the law firm of Foley & Lardner LLP appears in this matter as counsel for Plaintiff National Rifle Association of America ("Plaintiff"), and request that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon them at the following address:

Beau A. Gould (TX 24116445)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3250
Facsimile: (214) 999-4667
bgould@foley.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Civil Procedure and includes, without limitation, any notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

1

This *Notice of Appearance and Request for Service of Papers* shall not be deemed or construed to be a waiver of the rights of Plaintiff to seek remand or similar relief in connection with this removed matter. All other rights, claims, actions, setoffs, or recoupments to which Plaintiff is or may be entitled, in law or in equity, are expressly reserved.

DATED: February 27, 2025

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Beau A. Gold*
Todd A. Murray (TX 24066812)
Andrew A. Howell (TX 24072818)
Beau A. Gould (TX 24116445)
FOLEY & LARDNER LLP
2021 McKinney Ave., Suite 1600
Dallas, TX 75201-3340
tmurray@foley.com
ahowell@foley.com
bgould@foley.com

*Counsel for Plaintiff National Rifle Association of America*

### CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be filed on February 27, 2025, using the Court's CM/ECF System which caused it to be served upon those parties registered in the system to receive such service.

*/s/ Beau A. Gould*
Beau A. Gould