IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § | |
| Plaintiff, | § § | Civil No. 3:22-CV-01944-K |
| v. | § § | |
| ACKERMAN McQUEEN, INC., MERCURY GROUP, INC., and ANTHONY MAKRIS, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiff National Rifle Association of America's ("NRA") Supplemental Brief Regarding Subject Matter Jurisdiction and Appendices in Support (Doc. Nos. 234, 235, 236), Defendants' Ackerman McQueen, Inc. and Mercury Group, Inc.'s Supplemental Brief in Opposition to Jurisdiction and Appendix-in-Support (Doc. Nos. 237, 238), and Plaintiff's Reply to Defendants' Supplemental Brief in Opposition to Jurisdiction (Doc. No. 248). After careful review of the Parties briefs and the substantial record now before the Court, the Court is satisfied it has subject matter jurisdiction. Accordingly, the stay is **VACATED**.

**SO ORDERED.**

Signed April 1st, 2025.

_____
ED KINKEADE
U.S. DISTRICT COURT JUDGE